```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

WILLIAM ANSON RATLIFF                                         PLAINTIFF

        v.        Civil No. 11-5182

NURSE GAIL HARTGRAVES                                         DEFENDANT

## ORDER

Now on this 21st day of November, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #13), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #13) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that defendant's motion to dismiss (doc. 23) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                                     /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE